PREPARED  JOE WEINBERGER 
P.O. BOX 1215, 114 NORTH MAIN STREET
ROXBORO, NORTH CAROLINA 27573

PERSON COUNTY  BOOK_____ PAGE_____
NORTH CAROLINA

### This Deed, made this            day of                           by

Dale C. Lunsford (Divorced); Bunnie Clayton and wife Estella Clayton; Charlie Clayton and wife,
Vergie Clayton; Bennie Lee Poteat and wife, Katie Poteat; R. T. Warren Co., Inc.; Robert
hereinafter called Grantor, to   Mark A. Walters    [ Bert Lunsford (Divorced)
                                                              hereinafter called Grantee.

The designations Grantor and Grantee as used herein shall include singular, plural, masculine, feminine, or neuter as required
by the context.

WITNESSETH: That the Grantor, in consideration of $10.00 and other valuable consideration to him paid by the Grantee,
the receipt of which is acknowledged, has bargained and sold, and by these presents does bargain, sell and convey to the
Grantee, his heirs, successors, and assigns, subject to any conditions or reservations hereinafter stated, all of the following
described real property:

That following Deed of Easement being in Roxboro Township, Person County, North Carolina,
being forty feet in width along the following line and metes and bounds description:

BEGINNING at an iron stake in the northeastern corner of the Dale C. Lunsford
property (Deed Book 204, Page 200 and Plat Cabinet 5, Page 551), North 85° 15' West
1,866.76 feet to a point marking the southeastern corner of the R. T. Warren Company, Inc.
property; thence North 72° 59' West 357.53 feet to an iron stake along the southern property
line of R. T. Warren Company, Inc. (Deed Book 137, Page 347); thence North 82° 38' West
288.97 feet to a point across the Robert Bert Lunsford property (Deed Book 204, Page 202);
thence South 82° 31' West 251.81 feet to a point; thence North 83° 55' West 271.17 feet
to a point; thence South 60° 33' West 122.56 feet to a point; thence South 54° 05' West
32.50 feet to a point; thence South 83° 15' West 123.78 feet to a point; thence South 61°
40' West 79.10 feet to a point; thence South 18° 44' West 66.79 feet to the center of S. R.
1705.

The above property was conveyed to the Grantor by                       See Book No.       page
TO HAVE AND TO HOLD said property, with all privileges. and appurtenances thereunto belonging, to the said Grantee,
his heirs, successors, and assigns forever, without exceptions other than as above stated.

The Grantor covenants that he is seized of said property in fee, and has the right to convey the same in fee simple; that the
same is free from all encumbrances (with any exceptions above stated); and that he will warrant and defend the title to same
against the claims of all persons whomsoever.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this Deed to be
signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of
Directors, the day and year first above written.

_____(SEAL)         _____(SEAL)
Dale C. Lunsford (Divorced)           Estella Clayton
_____(SEAL)         _____(SEAL)
Bunnie Clayton                        Robert Bert Lunsford (Divorced)

_____(SEAL)         _____(SEAL)
Charlie Clayton                       Vergie Clayton

_____(SEAL)         _____(SEAL)
Bennie Lee Poteat                     Katie Poteat

**EXHIBIT A**

## Offer to Purchase

Jimmy Thomas and Timothy Thomas, Buyers, offers to purchase and Mark Walters, Seller, upon acceptance of offer, agrees to sell the parcel of land described as follows:

Tax Map A73 51

Deedbook 178

Deedpage 337

Record # 14552

33.5 acres located off Oxford Road

Purchase Price $22,500.00

*Jimmy L Thomas* 6-3-10

Jimmy L Thomas      Date

*Timothy R Thomas* 6-3-10

Timothy R Thomas      Date

*Mark Walters* 6-3-10

Mark Walters      Date

**EXHIBIT B**