C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-07-80538 C-13D |
| Mark Anthony Walters | ) | |
| Barbara Gentry Walters | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING SALE OF REAL PROPERTY

On August 19, 2010, a hearing was held on Motion by the Debtors for permission to sell property known as Highway 158, Oxford, NC ("the real property"). At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Richard M. Hutson II, Standing Trustee appeared. No other party appeared or objected to the Motion. The Court, after considering the Motion in this case and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be allowed; therefore, it is ORDERED:

1. The Motion of the Debtors for permission to sell the real property to Jimmy L. Thomas and Timothy R. Thomas (Purchasers) pursuant to the terms as stated in the Motion is granted.

2. The Debtors are authorized to execute any and all documents necessary to consummate the transfer, pay all outstanding liens, judgment liens, deeds of trust and other encumbrances of record, sales commissions, ad valorem taxes (pre-petition and post-petition) and other customary selling expenses from the sales proceeds.

3. The closing agent or attorney shall forward all net proceeds to the Chapter 13 Office for application upon the claims of general unsecured creditors and the closing agent or attorney shall also forward a copy of the final signed HUD settlement statement or other settlement statement to the Chapter 13 Office, attn: Anne Covington, P.O. Box 3613, Durham, NC 27702. Upon receipt of the settlement statement, the Trustee will discontinue any disbursements to the lienholder(s) of the real property.

4. John T. Orcutt, Esq. is allowed the presumptive fee of $350.00 for services rendered in the filing of this Motion which shall be paid through the Debtors' plan.

5. The stay under Rule 6004(g) of the Federal Rules of Bankruptcy Procedure is not applicable to the provisions of the Order.

**PARTIES IN INTEREST**
Page 1 of 1
07-80538 C-13D


**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**