UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**Mark Anthony Walters**
**Barbara Gentry Walters**

Case No. 07-80538
Chapter 13

Social Security No.: xxx-xx-3974 and xxx-xx-0286
Address: 468 Lonnie Gentry Court, , Roxboro, NC 27574

Debtors

## MOTION FOR AUTHORITY TO SELL REAL PROPERTY

**NOW COME** the Debtors, by and through the undersigned attorney, pursuant to Sections 1303 and 363 of the Bankruptcy Code, requesting permission to sell real estate, and in support thereof, shows unto the Court as follows:

1. Debtors have filed a petition for relief in bankruptcy under Chapter 13 of the United States Code on April 11, 2007.

2. This motion is being made so that the Debtors may sell at private sale the subject real property.

3. The Debtors are the owners of certain real property (hereinafter referred to as "said property") located in Person County in the State of North Carolina and known as Highway 158, Oxford, and more particularly described in Deed Book 178, Page 337 and Plat Cabinet 1, Page 584 at the Person County Registry. Attached as Exhibit A is a copy of General Warranty Deed.

4. Said property is listed on Schedule A attached to the Petition filed in this case.

5. On June 3, 2010, the Debtors entered into a contract to sell said property for a price of $22,500.00. Attached as Exhibit B is a copy of the Offer to Purchase.

6. The sales price represents the fair market value of the property.

7. Upon information and belief, as of the date of this motion, there are no liens encumbering said property.

8. The proposed sale represents an arms-length transaction between the Debtors and the prospective purchaser(s), namely Jimmy L Thomas & Timothy R. Thomas. The Debtors are not related to the prospective purchaser(s) by blood, marriage or friendship, and have no

business connection with the Debtors other than as prospective purchaser(s) of the said property. That the Debtors believe the proposed sale to be in the best interest of the Debtors for the following reason(s):

    a.    The Debtors do not need the property as a place of residence.

9. The proposed sale will not affect the ability of the Debtors to successfully complete the Chapter 13 plan.

10. The proposed sale does not adversely affect the interests of the bankruptcy estate.

11. The Debtors intend to pay the entire net proceeds of the sale over to the Chapter 13 Trustee.

**WHEREFORE**, the Debtors respectfully pray that the Court allow the said sale of the subject real property, , and grant such other and further relief as to this Court seems just and proper.

Dated: November 15, 2010

                              **LAW OFFICES OF JOHN T. ORCUTT, P.C.**

                              /s Edward Boltz
                              Edward Boltz
                              N.C. State Bar No.:23003
                              1738-D Hillandale Rd.
                              Durham, N.C. 27705
                              (919) 286-1695

(Walters 07-80538 motion to sell real property.wpd rev. May 19, 2010)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**Mark Anthony Walters**　　　　　　　Case No. 07-80538
**Barbara Gentry Walters**　　　　　　　Chapter 13

Social Security No.: xxx-xx-3974 and xxx-xx-0286
Address: 468 Lonnie Gentry Court, , Roxboro, NC 27574

　　　　　　　　　　　　　　Debtors

## CERTIFICATE OF SERVICE

I, Renee Nolte, of the Law Offices of John T. Orcutt, P.C., certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on November 15, 2010, I served copies of the **Motion for Authority to Sell Real**, electronically or when unable by regular U.S. mail, upon the following parties (names and addresses):

Richard M. Hutson, II　　　　　　　　James Ramsey
Chapter 13 Trustee　　　　　　　　　　**Closing Attorney**
Post Office Box 3613　　　　　　　　　25 Abbitt Street
Durham, NC 27702　　　　　　　　　　Roxboro, NC 27573

Mark Anthony Walters　　　　　　　　Jimmy L Thomas & Timothy R. Thomas
Barbara Gentry Walters　　　　　　　　**Purchaser**
468 Lonnie Gentry Court　　　　　　　8251 Oxford Road
Roxboro, North Carolina 27574　　　　Timberlake, NC 27853-

All creditors with duly filed claims as indicated on the Trustee's Report of Filed Claims.

　　　　　　　　　　　　　　/s Renee Nolte
　　　　　　　　　　　　　　Renee Nolte